August 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RONALD LEGG, Appellant

NO. 14-14-00547-CR                          V.
NO. 14-14-00548-CR

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the transcript of the records of the court below. The records indicate that the appeals should be **DISMISSED**. The Court orders the appeals **DISMISSED** in accordance with its opinion, appellant pay all costs incurred by reason of these appeals, and that this decision be certified below for observance.